## BRENTWOOD EXTENSION *v.* THOMAS MIHALOV ET AL.

The petition of the defendant Murphy, Inc., for certification for appeal from the Appellate Court (AC 18531) is denied.

*Heidi Clark,* in support of the petition.

*William J. Wenzel* and *Sheila A. Denton,* in opposition.

Decided January 28, 1999

## STATE OF CONNECTICUT *v.* ALEX KELLY

Amy Molitor's petition for certification for appeal from the Appellate Court (AC 18578) is denied.

CALLAHAN, C. J., and BORDEN, J., did not participate in the consideration or decision of this petition.

*Eliot B. Gersten* and *Linda Kenney,* pro hac vice, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.